IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDWIN KOMA AGEO,

    Petitioner

v.                                                                                Civ. No.: MJM-25-2287

NIKITA BAKER, et al.,

    Respondents.

## ORDER

For the reasons stated during the motions hearing on July 21, 2025, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. The Government's motion to dismiss Edwin Koma Ageo's Petition for a Writ of Habeas Corpus (ECF 7) is GRANTED;

2. The Petition (ECF 1) is DENIED WITHOUT PREJUDICE; and

3. The Clerk shall CLOSE this case.

It is so ORDERED this __22nd__ day of July, 2025.

_____
Matthew J. Maddox
United States District Judge